1 MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
2 **THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd., Ste 100
3 Las Vegas, NV 89102
Telephone: (702) 851-2180
4 Facsimile: (702) 851-2189
mbourassa@blgwins.com
5 *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DUANE CHRISTY, an individual and; TINA CHRISTY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DESIGNED RECEIVABLE SOLUTIONS, INC, a Nevada corporation doing business as DESIGNED BILLING SOLUTIONS,<br><br>Defendant. | Case No.: 2:17-CV-00845-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs DUANE CHRISTY and TINA CHRISTY ("Plaintiffs"), by and through their attorney, Mark J. Bourassa, Esq. of The Bourassa Law Group, and Defendant DESIGNED RECEIVABLE SOLUTIONS, INC. d/b/a DESIGNED BILLING SOLUTIONS, by and through their attorney, Mark E. Ellis, Esq. of the Ellis Law Group LLP, that this matter be dismissed, with prejudice, the parties

to each bear their own attorney's fees and costs.

Dated this 28th day of September 2018.  Dated this 28th day of September 2018.

**THE BOURASSA LAW GROUP, LLC**  **ELLIS LAW GROUP, LLP**

*/s/ Mark J. Bourassa*  */s/ Mark E. Ellis*
MARK J. BOURASSA, ESQ.  MARK E. ELLIS, ESQ.
2350 W. Charleston Blvd., Ste 100  1425 River Park Drive, Suite 400
Las Vegas, NV 89102  Sacramento, CA 95815
Telephone: (702) 851-2180  Telephone: (916) 283-8820
Facsimile: (702) 851-2189  Facsimile: (916) 283-8821
*Attorneys for Plaintiffs*  *Attorneys for Defendant*

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE
DATED: 9/28/2018
CASE NO.: 2:17-CV-00845-APG-VCF

Submitted by:

**THE BOURASSA LAW GROUP**

By:*/s/ Mark Bourassa*
MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
2350 W. Charleston Blvd., Ste 100
Las Vegas, NV 89102
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
mbourassa@blgwins.com
*Attorneys for Plaintiffs*